MR

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

RECEIVED

OCT 29 2024  LJ

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MIchael lee ID# 702601

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.   Case No: _____
      (To be supplied by the Clerk of this Court)

R. VALADEZ-03 Badge #3416
D. Beal Badge #19041
Gonzalez-Garcia
Zachery Finn

1:24-cv-12448
Judge Virginia M. Kendall
Magistrate Judge Keri L. Holleb Hotaling
PC1
DIRECT

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
   U.S. Code (state, county, or municipal defendants)

___  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331** U.S. Code (federal defendants)

___  **OTHER** (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: Michael Lee

B. List all aliases: /

C. Prisoner identification number: 702601 - 2024 0822085

D. Place of present confinement: Cook County Jail

E. Address: 2700 S. California Ave Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: R. Valadez Badge #3416

Title: Correctional Sergeant officer

Place of Employment: Cook County Jail / Sheriffs office

B. Defendant: D. Beal Badge# 19041

Title: Correctional Officer

Place of Employment: Cook County Jail / Sheriffs office

C. Defendant: Gonzalez - Garcia

Title: Correctional officer

Place of Employment: Cook County Jail / Sheriffs office

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                          Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.) Claim/Count #1

At Cook County Jail Division 9 Tier 1G on 9-16-2024 Lee Told C/O D. Beal #19041, Valadez 03 - Badge #3416, And C/O Gonzalez-Garcia Before Lee was Taken out of cell For Recreational Time That IFC next Door A. Reyes cell 1282 has Been Sexually harrassing Lee By Making Comments such as "I'll Rape you and Make you my Woman, and I'll Tie you up if I see you in General Population." Lee Told IFC A. Reyes In Response To Those comments "Fuck off." Lee Then Told Supervisor Sergeant-Valadez 03 - Badge #3416 and C/O Beal "I am house Alone status and Transgender out Alone and I Been also Threaten By IFC A. Reyes and Both staff Responded "you'll Be safe its okay, plus The only Thing he can do is spit, or Throw fluids on you because you all come out with Restraints on." A. Reyes Then Yelled out Loudly To all staff "I am going To Bite The inside of my mouth and spit Blood All In That faggot Lee's Face." Instead of staff Seperating Both IFC's, staff Ignored it.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

As Lee time was up in the shower, A. Reyes was standing right next to the shower, Lee asked C/O D. Beal can he move Reyes so Lee can safely walk past, or call Sergeant Valadez and D. Beal stated "No and Valadez is busy" "Plus you already move him a week ago." Lee was walking out shower with C/O Beal as A. Reyes spit blood and salava/spit several times in Lee's face, ear and arm and eye all of Lees left side. C/O D. Beal called it in and C/O Z. Finn Sergeant Valadez whom threaten Lee by saying "Refuse medical, or I'll make your stay in R-U a living hell." Z. Finn stated "You remember I help break your nose in 2018-2019 so take some extra snacks Lee and refuse medical." Lee was then taken in the hallway and a poptart was placed in Lee's bag and Lee was told to refuse medical, and which Lee complied due to being in fear. I was placed back in cell # 1283 on I-6 Tier Division 9 back next door to A. Reyes. All of this, the assault, too Lee and refusal happen in the time line of (850PM-920PM) or Approx (850PM-915PM.) I asked several more times for staff Beal, and Valadez to move me, or Reyes to prevent future hairassment and assaults and both told Lee No!

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Additional Statement of Claim Page #6

In Lee v. Valadez O3-Badge #3416

Count/Claim #2

From 9-16-24 approx 10PM at Cook County Jail, Division 9 on Tier 7-G after in which Lee was assaulted, Lee and Reyes were still housed next door to each other and Reyes continued to verbally harrass Lee by saying "Z. Finn and Valadez told me your secret so when all inmates awake, I will expose it fag." Then on 9-17-2024 7AM-3PM shift and 3PM-6PM shift A. Reyes told all IIC's/Inmates "Aye everyone Lee in cell #1283 is a actual transgender and I swear Zachary Finn and Sergeant Valadez told me "Lee has ▬▬▬ trans woman on the Jail ID Card, and in the system, ▬ as you all can see im still in cell #1282 next to a faggot after I spit on him, The Police hate this faggot." A. Reyes did remain next to me (Lee) which is rare because after any incidents in Jail involving 2 IIC's/Inmates staff are supposed to seperate them. A. Reyes stayed next to Lee for another 20-24 hours after spitting/assaulting Lee. Lee believes staff such as Zachery Finn and Valadez did tell Reyes of Lee's status because only staff has inmates/IIC's Jail Card and access to the system "AKA" computer. And anyone plainly looking at Lee appearance can not visibly identify Lee as a transgender woman.

IG-1283

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.** **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

(1) To Be allowed to sue each Defendant In Their official capacity. (2) For each Defendant to pay monetary damages in the amount determined by plaintiff. (3) To Be ordered to pay punitive damages in the amount determined by The plaintiff. (4) For any relief the court finds just and proper. (5) To Be allowed to sue each defendant in their individual capacity.

**VI.** The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this **21st** day of **October**, 20**24**

_M. Lee_
(Signature of plaintiff or plaintiffs)

_Michael Lee_
(Print name)

_700601 - 2024-08-22-085_
(I.D. Number)

_2700 S. California Ave_
_Chicago, IL 60608_
(Address)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Name: MiCHAEL, LEE
ID#: 20240822085
Div.: 8   Tier: 2 Southeast
P.O. Box 089002
Chicago, IL 60608



United States District Court
219 South Dearborn Street 20th Floor
Chicago, IL 60604



RECEIVED
OCT 29 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

10/29/2024-8

LEGAL MAIL